NOT FOR PUBLICATION (Doc. No. 80)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| MICHAEL BROWN, and JEANETTE BROWN, h/w, | : : : |
| Plaintiffs, | : Civil No. 08-3464 (RBK/AMD) |
| v. | : ORDER |
| TOWNSHIP OF BERLIN POLICE DEPARTMENT, et al., | : : |
| Defendants. | : |

**THIS MATTER** having come before the Court upon the motion of Defendant Township of Berlin Police Department to dismiss Plaintiffs' Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) (Doc. No. 80); and the Court having considered the submissions of the parties:

**IT IS HEREBY ORDERED** that, for the reasons discussed in the Court's accompanying opinion, Defendant Township of Berlin Police Department's motion to dismiss Plaintiffs' Complaint is **GRANTED**. The Clerk is directed to close the file.

Dated:   10/20/10                                                                                    /s/ Robert B. Kugler
ROBERT B. KUGLER
United States District Judge